## THE COMMERCIAL BANK OF KENTUCKY, APPELLANT, *v.* JOSEPH B. VARNUM, RESPONDENT.

*Notary public — liability of — duties of — protest.*

A notary, to whom a draft is given for protest, is bound to follow the instructions given him ; it is not his duty to determine whether or not the draft should be protested on a certain day. He is not guilty of negligence in proceeding according to the instructions of the bank giving him the draft to protest, and is not, therefore, liable to any person for any damage resulting from the presentation of the draft on the wrong day. (*Commercial Bank of Kentucky* v. *Varnum*, 49 N. Y., 269.)

APPEAL from a judgment in favor of the defendant, rendered by the court without a jury.

*John L. Hill*, for the appellant. *Henry E. Davies* and *James E. Varnum*, for the respondent.

Opinion by BRADY, J. DANIELS, J., concurred.

Judgment affirmed.

## THE BROOKLYN LIFE INSURANCE COMPANY, RESPONDENT, *v.* NATHANIEL A. PIERCE AND OTHERS, APPELLANTS.

*Inspection of papers — affidavit, on motion for — what it must contain.*

On a motion for an inspection of papers, the moving affidavit alleged the nature of the action ; the fact that several letters had been written to the plaintiff ; that they constituted the agreement set up in the answer ; that they were material and necessary to the defense, and contained evidence relating to the merits, and that without them defendant could not safely proceed to trial. *Held*, insufficient. Facts should be given which will enable the court to determine for itself whether the evidence is material. (*Cassard* v. *Hinman*, 6 Duer, 695; *Pegram* v. *Carson*, 10 Abb., 340.)

APPEAL from an order denying a motion for the inspection, and for a copy of papers, in the possession of plaintiff.

*Stephen K. Williams*, for appellants. *A. Ford*, for respondent.

Opinion by DAVIS, P. J. DANIELS and BRADY, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.